352 January 24, 2024 No. 45

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DANIEL VINCENT SILVA,
*Defendant-Appellant.*

Lane County Circuit Court
19CR71121; A178803

R. Curtis Conover, Judge.

Submitted December 22, 2023.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Meredith Allen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Scott*, 283 Or App 566, 572, 288 P3d 1148 (2017), *overruled in part on other grounds by State v. Serbin*, 324 Or App 792, 795-96, 527 P3d 794 (2023); *State v. Baker*, 265 Or App 500, 503, 336 P3d 547 (2014); and *State v. Wright*, 150 Or App 159, 163, 945 P2d 1083 (1997), *rev den*, 326 Or 390 (1998).